EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                              | 2023 TSPR 64 |
|---------------------------------------------------------------------|--------------|
| Designación de Miembro de la Comisión de Disciplina Judicial        | 212 DPR ___  |

Número del Caso:  EN-2023-02

Fecha:  5 de mayo de 2023

Materia: Designación de miembro de la Comisión de Disciplina Judicial

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| Designación Miembro de la Comisión de Disciplina Judicial | EN-2023-2 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de mayo de 2023.

En virtud de la Regla 12(b) de las Reglas de Disciplina Judicial, 4 LPRA Ap. XV-B, la cual rige el procedimiento de nombrar a los Comisionados Asociados o las Comisionadas Asociadas que compondrán la Comisión de Disciplina Judicial (Comisión), y debido a que existe una vacante en la Comisión por la renuncia del Lcdo. José Luis Miranda de Hostos, se nombra al siguiente profesional del Derecho como miembro de la Comisión en el cargo que se indica a continuación:

Lcdo. Jorge L. Toledo Reyna, Comisionado Asociado

Conforme a la Regla 12(c) de Disciplina Judicial, *supra*, los miembros de la Comisión ocuparán sus cargos por un término de cuatro (4) años y hasta que el sucesor o la sucesora tome posesión del cargo. Este nombramiento entrará en vigor inmediatamente.

Asimismo, el Tribunal Supremo reconoce la labor y compromiso del miembro que hoy cesa sus funciones.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo